UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELIZABETH DUFFY,
    Plaintiff,

v.                             Case No.: 1:26cv132/AW/ZCB

SHAHABUDDEN ALLY, et al.,
    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff has filed a two-sentence "complaint" against Defendants seeking $50,000 for "fail[ing] to show dignity in work." (Doc. 1). Plaintiff's complaint is unquestionably frivolous. It also clearly fails to state a claim upon which relief may be granted, and it appears to be duplicative of at least seventeen other cases Plaintiff has filed in federal courts across the country.[1] Permitting amendment would be futile and a waste of judicial resources.

---

[1] *Duffy v. Ally*, No. 1:26cv2318 (D. Colo.); *Duffy v. Ally*, No. 8:26cv1545 (M.D. Fla.); *Duffy v. Ally*, No. 5:26cv214 (M.D. Ga.); *Duffy v. Ally*, No. 1:26cv96 (W.D. Ky.); *Duffy v. Ally*, No. 1:26cv12369 (D. Mass.); *Duffy v. Ally*, No. 8:26cv2084 (D. Md.); *Duffy v. Ally*, No. 1:26cv829 (E.D. Mo.); *Duffy v. Ally*, No. 1:26cv488 (M.D.N.C.); *Duffy v. Ally*, No. 3:26cv411 (W.D.N.C.); *Duffy v. Ally*, No. 8:26cv243 (D. Neb.); *Duffy v. Ally*, No. 1:26cv423 (D.N.H.); *Duffy v. Ally*, No. 1:26cv1718 (D.N.M.); *Duffy v. Ally*, No. 3:26cv393 (D. Nev.); *Duffy v. Ally*, No. 1:26cv339 (D.R.I..); *Duffy v.*

1

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's complaint be **DISMISSED with prejudice**[2] as frivolous and all pending motions be **DENIED as moot**. The Clerk of Court should be instructed to close the case.

At Pensacola, Florida, this 1st day of June 2026.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge

### Notice to the Parties

Objections must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

---

*Ally*, No. 2:26cv120 (E.D. Tenn); *Duffy v. Ally*, No. 2:26cv521 (E.D. Va.); *Duffy v. Ally*, No. 2:26cv233 (E.D. Wash.).

[2] A "district court has the inherent authority to dismiss a patently frivolous complaint." *Cuyler v. Aurora Loan Services*, No. 12-11824, 2012 WL 10488184, at *2 (11th Cir. Dec. 3, 2012).