**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ELIZABETH DUFFY,**

      **Plaintiff,**

**v.**                           **Case No. 1:26-cv-132-AW-MJF**

**SHAHABUDDEN ALLY, et al.,**

      **Defendants.**

_____/

## ORDER OF DISMISSAL

The magistrate judge issued a report and recommendation, concluding the court should dismiss the case as frivolous. ECF No. 4. Plaintiff has not filed any objection, and her deadline to do so has passed. I now approve the report and recommendation. The clerk will enter a judgment that says, "This case is dismissed without prejudice as frivolous." The clerk will then close the file.

SO ORDERED on June 16, 2026.

s/ *Allen Winsor*
Chief United States District Judge